AO 245D (Rev. 09/19)    Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
Middle District of Alabama

UNITED STATES OF AMERICA

v.

STACY RODREKUS CALLOWAY

)
)
)
)
)
)
)
)
)
)
)

**JUDGMENT IN A CRIMINAL CASE**

(For **Revocation** of Probation or Supervised Release)

Case No.   2:12CR235-MHT-02

USM No. 14031-002

Paul R. Cooper
_____
Defendant's Attorney

## THE DEFENDANT:

☐   admitted guilt to violation of condition(s) _____ of the term of supervision.

☑   was found in violation of condition(s) count(s)   2,3,4 & 5            after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2. | New Law Vio: Certain Persons Forbidden to Possess Firearm | 04/11/2025 |
| 3. | Defendant Shall Not Associate with any Person Engaged | 04/11/2025 |
|  | in Criminal Activity and Shall Not Associate with any Person | |
|  | Convicted of a Felony, Unless Granted Permission to Do So | |

        The defendant is sentenced as provided in pages 2 through      3      of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑   The government moved to dismiss         Violation #1         and is discharged as to such violation(s) condition.

        It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of  Defendant's  Soc. Sec. No.:   1360

Defendant's Year of Birth:        1988

City and State of Defendant's Residence:
 Montgomery, Alabama

02/25/2026
_____
Date of Imposition of Judgment

/s/ Myron H. Thompson
_____
Signature of Judge

MYRON H. THOMPSON, U.S. DISTRICT JUDGE
_____
Name and Title of Judge

03/03/2026
_____
Date

AO 245D (Rev. 09/19)    Judgment in a Criminal Case for Revocations
                        Sheet 1A

Judgment—Page ___2___ of ___3___

DEFENDANT: STACY RODREKUS CALLOWAY
CASE NUMBER: 2:12CR235-MHT-02

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| | by the Probation Officer | |
| 4. | New Law Violation: Possession of a Firearm by a Convicted Felon | 04/11/2025 |
| 5. | New Law Violation: Promoting Prison Contraband, 1st Degree | 06/11/2025 |

Judgment—Page ___2___ of ___3___

AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page <u>3</u> of <u>3</u>

DEFENDANT: STACY RODREKUS CALLOWAY
CASE NUMBER: 2:12CR235-MHT-02

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

The term of supervised release imposed on December 17, 2023, is revoked. Defendant to be imprisoned for a term of thirty (30) months with no supervised release to follow. This sentence shall run consecutive to the sentence imposed in Case No. 25cr362 in U.S. District Court, Middle District, Alabama. This sentence shall run concurrent with Montgomery County Circuit Court Docket No. CC-2025-510.

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL